```
                          United States Bankruptcy Court
                           Southern District of Florida

In re:                                                        Case No. 19-10200-LMI
Maria del Rosario Rodriguez                                   Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 113C-1          User: oriol-ben              Page 1 of 1          Date Rcvd: Apr 16, 2019
                              Form ID: CGFD42              Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db             +Maria del Rosario Rodriguez,    7176 SW 12 Street,    Miami, FL 33144-5405
cr             +MidFirst Bank,    eXL Legal, PLLC,    12425 28th Street, N. Suite 200,
                 St. Petersburg, FL 33716-1826
94871071       +Citizens Property Insurance Corporation,    301 West Bay Street #1300,
                 Jacksonville FL 32202-5142
94871074       +Florida Housing Finance Corporation (FHFC),    227 North Bronough Street #5000,
                 Tallahassee FL 32301-1367
94871075       +Home Affordable Modification Program (FHA HAMP),    909 SE First Avenue #500,
                 Miami FL 33131-3042
94919586       +MIDFIRST BANK,   999 NW GRAND BLVD,    OKLAHOMA CITY, OK 73118-6051
94871070       +Midfirst Bank,    501 NW Grand Blvd,    Oklahoma City OK 73118-6037
94871072       +eXL Legal LLC,    12425 28 Street North #200,    St Petersburg FL 33716-1826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: FLDEPREV.COM Apr 17 2019 05:28:00      Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Tallhassee, FL 32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Apr 17 2019 01:50:53      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                               TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              Alejandro G Martinez-Maldonado    on behalf of Creditor    MidFirst Bank bk@exllegal.com
              Nancy K. Neidich     e2c8f01@ch13miami.com, ecf2@ch13miami.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**CGFD42** (10/10/16)



**ORDERED in the Southern District of Florida on April 16, 2019**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19−10200−LMI**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Maria del Rosario Rodriguez
aka Maria Rosario Rodriguez

7176 SW 12 Street
Miami, FL 33144

SSN: xxx−xx−2526

## ORDER DISMISSING CASE FOR FAILURE TO MAKE
## PRE−CONFIRMATION PLAN PAYMENTS

This matter is before the court ex parte pursuant to Local Rule 3070−1(C) for failure of the debtor to remit to the trustee pre−confirmation plan payments.

It is **ORDERED** that:

*Page 1 of 2*

    1. This case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

    2. All pending motions are denied as moot.

    3. The trustee shall file a final report prior to the administrative closing of the case.

    4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

    5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013−1(E).

    6. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

# # #

The clerk shall serve a copy of this order on all parties of record.